**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re

Brenda Lee Wade-Lester

                                        CHAPTER    13
                                        CASE NO.    19-17977-RBR

        Debtor(s)
_____/

**OBJECTION BY MTGLQ INVESTORS, LP TO CONFIRMATION**
**OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

       MTGLQ INVESTORS, LP("Creditor"), by the undersigned attorneys, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor states as follows:

       1.     For value received, the Debtor(s) executed and delivered a Note and Mortgage ("Loan Documents") as evidence of indebtedness to Creditor. Said indebtedness is secured by property more particularly described in the Mortgage as: REAL PROPERTY LOCATED: 3519 NW 32 ST LAUDERDALE LAKES, FL 33309, LEGALLY DESCRIBED AS: LOT 19, BLOCK 28, LAUDERDALE LAKES NORTH GATE SECTION 6, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 58, AT PAGE 33, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. ("Collateral"). Reasons for objection:

**Failure to Provide for Full Payment of Prepetition Arrearages**

       2.     The Creditor will be filing a Claim which sets forth prepetition arrearages in the approximate amount of $38,347.88, which are due and owing in regards to the loan.

       3.     The Plan fails to provide for payment of the full amount of these prepetition arrearages through the Plan.

       4.     The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

       5.     Creditor will withdraw this Objection in the event that the Plan is amended to conform to the Creditor's proof of claim or otherwise satisfactorily address the issue(s) raised in this Objection.

       WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

**Certification as to Admission to the Southern District Bar**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:     (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on September 11, 2019, by U.S. Mail and/or electronic mail via CM/ECF to: Brenda Lee Wade-Lester, 3519 NW 32 Street, Lauderdale Lakes, FL 33309; Matis H Abarbanel, Esq., 2150 S. Andrews Avenue 2nd Floor, Ft. Lauderdale, FL 33316; Robin R. Weiner, Trustee P.O. Box 559007, Ft. Lauderdale, FL 33355.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1911506/mlh