**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re

Brenda Lee Wade-Lester

                                    CHAPTER    13
                                    CASE NO.    19-17977-SMG

       Debtor(s)
_____/

### RESPONSE BY U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST TO DEBTOR(S)' OBJECTION TO CLAIM

      U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST ("Creditor"), responds to the Objection to Claim filed by the Debtor[1] and states:

      1.      On November 1, 2019, Creditor filed its Proof of Claim (Claim No. 5-1) for the prepetition mortgage debt owed by the Debtor. The Claim sets forth a total secured Claim amount of $157,743.97 and an arrearage amount of $38,347.88.

      2.      The Debtor filed an Objection to Creditor's Claim No. 5-1 on January 22, 2020, (Doc. No. 83) stating that Proof of Claim includes attorney's fees in the amount of $9,196.08 that were not substantiated with invoices itemizing same. Debtor requested a breakdown of the legal fees and, if not provided, asked that the arrears amount be reduced to $33,253.30.

      3.      Contrary to the Debtor's Objection, the total amount of pre-petition fees is $9,189.23 and encompasses not only attorney's fees, but also late charges, property inspection fees, and appraisal fees and costs. Additionally, Creditor has provided counsel for the Debtor with invoices for the attorneys fees that are itemized in the Proof of Claim as requested. Creditor does note that there are $871.00 in remaining invoices that Creditor is attempting to obtain from the prior loan servicer and will provide those to counsel for the Debtor upon receipt.

      4.      Creditor respectfully requests that this matter be continued to allow time to obtain the outstanding invoices.

**Certification as to Admission to the Southern District Bar**

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:    (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 11, 2020, by U.S. Mail and/or electronic mail via CM/ECF to: Brenda Lee Wade-Lester, 3519 NW 32 Street, Lauderdale Lakes, FL 33309; Matis H Abarbanel, Esq., 2150 S. Andrews Avenue 2nd Floor, Ft. Lauderdale, FL 33316; Robin R. Weiner, Trustee P.O. Box 559007, Ft. Lauderdale, FL 33355.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1911506/mlh