# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov



IN THE MATTER OF:  
Brenda Lee Wade-Lester

CASE NO. 19-17977 SMG  
CHAPTER 13

Debtor(s)
_____/

## AMENDED OBJECTION TO CLAIM ON SHORTENED NOTICE AND CERTIFICATE OF SERVICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5 | MTGLQ, INVESTORS, LP | $38,347.88 | The arrears amount included in this Proof of Claim includes amounts for principal and interest, fees and cost due, escrow deficiency for funds advanced, and projected escrow shortages for the amount of $38,347.88.   None of the five attachments in this Proof of Claim detail the source of the figures. Subsequent documents provided, fail to provide a detail account for all figures and the credits to the Debtor per, the Order of Final Judgment of Foreclosure.   The debtor requests the arrears amount be reduced to $31,947.51. |
| 5 | MTGLQ, INVESTORS, LP | $157,743.97 | The Total Debt included in this Proof of Claim includes amounts for principal and interest, Interest due, fees and cost due, and escrow deficiency for funds advanced for the amount of $157,743.97.   The five attachments in this Proof of Claim fail to detail the source of the figures. Subsequent documents provide provided, fail to provide a detail account for all figures and the credits to the Debtor per, the Order of Final Judgment of Foreclosure.   The debtor requests the arrears amount be reduced to $151,078.83. |

LF-70 (rev. 12/01/09)

| 5 | MTGLQ INVESTORS, LP | Unknown | The Addendum to this Proof of Claims calls for the Creditor to Reserve the right to amend this Proof of Claim for any omissions or errors and to assert a claim which is unsecured in whole or in part based on events which transpire in this bankruptcy case, and such. This Evidentiary Hearing is to address Pre-Petition matters. As such, the Court ruling on these matters should be Final. Debtor request the Creditor file a separate Proof of Claim to address Post-Petition fees and cost in any court of competent jurisdiction. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule2002-1(F) must be filed with the court when the objection and notice of hearing is served.

DATED: March 16, 2020

Brenda L. Wade-Lester, Pro Se
3519 NW 32nd Street
Lauderdale Lakes, Florida 33309.
Phone:   954-802-4349
email:   BLWade_1013@yahoo.com

**Robin R. Weiner, ESQ**
Standing Chapter 13 Trustee
P.O. Box 55907
Fort Lauderdale, Florida   33355-9007
Phone: 954-382-2001
Facsimile:   954-382-2299
email: robinweiner@ch13weiner.com

**Jessica Hicks, ESQ**
Attorney for Creditor
Kass Shuler, P.A.
P.O Box 800
Tampa, Florida 33601
Phone: 813-229-0900 ext. 1465
Facsimile:   813-229-3323
email: jhicks@kasslaw.com

**Jessica A. Hicks, ESQ**
Attorney At Law
P.O. Box 800
Tampa, Florida 33601
Phone:   813-229-0900 ext. 1465
Facsimile:   813-229-3323
email: jhicks@kasslaw.com

LF-70 (rev. 12/01/09)