

**ORDERED in the Southern District of Florida on April 24, 2020.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                  Case No.: 19-17977-SMG

Brenda Lee Wade-Lester,                                 Chapter 13
     Debtor.
_____/

**ORDER CONTINUING STATUS CONFERENCE AND REQUIRING
PARTIES TO ATTEND JUDICIAL SETTLEMENT CONFERENCE**

This matter came before the Court for a status conference on April 22, 2020, upon the Objection and Amended Objection to Claim of MTGLQ Investors, LP (ECF Nos. 83 and 110) filed by Debtor Brenda Lee Wade-Lester, who is currently proceeding *pro se*.

For the reasons stated on the record and no party in interest having objected, it is **ORDERED** that:

    1.    The Debtor and MTGLQ Investors, LP are ordered to participate in a

1

judicial settlement conference.

2. The parties must contact Christina Romero at 954-769-5774 to schedule a judicial settlement conference at a mutually agreeable time before the Honorable Paul G. Hyman, Jr.

3. The status conference in this matter is continued to **June 24, 2020 at 11:00 a.m.** at the United States Courthouse, 299 East Broward Boulevard, Courtroom 308, Fort Lauderdale, Florida 33301. If hearings have not resumed at the courthouse, the hearing will be conducted telephonically and all parties must arrange to appear through CourtSolutions.

###

Copies furnished to:

Jessica Hicks, Esq.

Brenda Lee Wade-Lester
3519 NW 32 Street
Lauderdale Lakes, FL 33309

Robin R Weiner, Trustee