

**ORDERED in the Southern District of Florida on June 24, 2020.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

In re

Brenda Lee Wade-Lester            CHAPTER    13
                                  CASE NO.   19-17977-SMG

       Debtor
_____/

**AGREED ORDER SUSTAINING AMENDED OBJECTION TO CLAIM NO 5 OF U.S.
BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST
(DOC. NO. 110)**

      THIS CASE is before the Court on the Amended Objection to Claim No. 5 of U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST ("Creditor") filed by Debtor (Doc. No. 110) (hereafter "Amended Objection"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

      ORDERED as follows:

      1.      The Debtor's Amended Objection is sustained in part as further set forth below.

      2.      The arrearage portion of Claim No. 5 shall be reduced by $3,743.00 and the claim deemed modified accordingly. This amounts to a total prepetition arrearage of $34,604.88, reduced from $38,347.88.

      3.      The remainder of the issues in the Amended Objection are resolved as moot and

the Debtor waives and will not raise any further objection(s) to the Creditor's Proof of Claim No. 5-1.

       4.       Subject to the above paragraphs, the remaining issues raised in the Amended Objection to Claim are overruled.

       5.       This Order does not affect the Notice of Post-Petition Fees filed on April 15, 2020 and is without prejudice for the Creditor to assert future Bankruptcy Fees under the loan documents, Bankruptcy Rule 3002.1, Section 506, or other appropriate mechanism, and Debtor shall be entitled to object to same

###

Prepared and Submitted By:
Nicole Mariani Noel
Florida Bar No. 69883
Kass Shuler, P.A.
1505 N. Florida Ave.
Tampa, FL  33602-2613
nmnoel@kasslaw.com
812-229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this court.