**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



Case No. 19-17977   SMG
Chapter                        13

In re:
**BRENDA LEE WADE-LESTER**

Debtor

_____/

# DEBTOR OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, and CHARGES

A petition under Chapter 13 of the United State Bankruptcy Code was filed with respect to the Debtors(s) on June 14, 2019.  In further support of this Motion, the Debtor respectfully states:

1. June 10, 2020, Debtor request to receive Notice Electronically DeBN Program (Doc 126).

2. March 10, 2022, Order entered compelling Debtor to Modify Bankruptcy plan. (Doc 174) No Notice to Debtor. Prior to 2021, Debtor given notice electronically.  (Exhibit 3)

3. December 8, 2021, Notice of Mortgage Payment Change (Doc 170).  Debtor not given proper notice of Change in mortgage payment, via mail or electronically.

4. November 23, 2021, Annual Escrow Account Disclosure Statement the Court relied on to Compel Debtor to Modify Plan figures are inconsistent (Doc 170).
   a. Actual monthly escrow arrears and current payments not properly reported.
   b. Per, 2021 Annual Escrow statement $6,727.65 in escrow only payment.   Doc 170
   c. Per 2021 IRS 1098 mortgage statement $ Taxes 1,377.13 and Insurance $ 2,223.37
      (Exhibit 1 )

WHEREFORE, Debtor prays that this Court issue an Order denying request of Creditor's attorney for payment of post-petition attorney fees of $ 840.00

1. Allow Debtor to Modify Plan to account for $ 1,643.16 in paid alleged escrow shortage from 2021 analysis and credit funds to escrow account. No change in payments 37-60.

| Description | Amount (Monthly) | # of Months (12) |
|---|---|---|
| Additional Alleged Escrow Shortage | $136.93 | $ 1,643.16 |

2. Order Creditor to provide Debtor an account history of the post-petition escrow account.

3. Order Creditor to correct figures on Debtor's Mortgage Statement to reflect amended POC-5 Arrears total of $34,604.88. (Doc 133)   Exhibit 2

4. Order Creditor to revisit any anticipated changes to the Plan after 2022 analysis of the Annual Escrow Account Disclosure Statement with proper notice to the Debtor.

Brenda L. Wade-Lester, Pro Se
3519 NW 32nd Street Lauderdale Lakes, Florida 33309.
Phone:  954-802-4349    email: BLWade_1013@yahoo.com

**I HEREBY CERTIFY THAT** on June 28, 2022 I have sent via email or first class mail postage on parties listed below.

**Robin R. Weiner, ESQ**
Standing Chapter 13 Trustee
P.O. Box 55907
Fort Lauderdale, Florida   33355-9007
Phone:  954-382-2001
Fax:  954-382-2299
email: Robinweiner@ch13weiner.com

**Matthew Klein, ESQ**
Howard Law Group
4755 Technology Way, Ste 104
Boca Raton, Florida   33431
Phone:  954-893-7874
Fax:  888-235-0017
email: matthew@howardlaw.com

# EXHIBIT 1

## Annual Tax and Interest Statement

Reporting Date    12/31/2021

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA  95501

Loan ID              0000316684
Payer's/Borrower's TIN    XXX-XX-9458

OMB No. 1545-1380     **Mortgage Interest Statement**

**2021**     Form 1098

Tax ID    72-1299528
Direct telephone no. of person to call with questions about this form:    (800) 603-0836

BRENDA WADE LESTER
3519 NW 32ND ST
LAUDERDALE LAKE FL  33309

### Principal Balance Information

| | |
|---|---|
| Ending Principal Balance | $59,472.95 |
| Principal Applied | $542.06 |
| Negative Amortization | $0.00 |
| Assistance Amount | $0.00 |

### 1098 Information

| | | |
|---|---|---|
| 1 | Mortgage interest received from payer(s)/borrower(s) * | $952.04 |
| 2 | Outstanding mortgage principal | $62,940.87 |
| 3 | Mortgage origination date | 12/13/2006 |
| 4 | Refund of overpaid interest | $0.00 |
| 5 | Mortgage insurance premiums | |
| 6 | Points paid on purchase of principal residence | $0.00 |
| 8 | Address or description of property securing mortgage (see instructions) ** | |
| 9 | Number of properties securing the mortgage | |
| 10 | Other - Real estate taxes paid | $1,377.13 |
| 11 | Mortgage acquisition date | 05/14/2021 |

### Escrow Information

| | |
|---|---|
| Beginning Balance | $0.00 |
| Deposits | $9,938.34 |
| Property Taxes | $1,377.13 |
| Insurance | $2,223.37 |
| Other Disbursements | $0.00 |
| Ending Balance | ($1,435.79) |
| Escrow Int /Div Paid | $0.00 |
| Escrow Int /Div Withheld | $0.00 |
| Int /Div On Loss Draft Paid | $0.00 |
| Int /Div on Loss Draft Withheld | $0.00 |

**Property:** 3519 NORTHWEST 32ND STREET, LAUDERDALE LAKES, FL  33309

**Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

**Copy B For Payer/Borrower**

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

GNC4958A05A0AAA.026722.02.02.000000 OE: #10DWTAX BRE:



## SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501

# EXHIBIT 2

BRENDA WADE LESTER
3519 NW 32ND ST
LAUDERDALE LAKE, FL 33309

| Account Information - Statement Date: 5/4/2022 | |
|---|---|
| Account Number | 0000316684 |
| Post-Petition Payment Due Date | 6/1/2022 |
| **Post-Petition Total Amount Due** | **$6,115.96** |
| $0.00 late fee may be charged on or after 6/12/2022 | |
| Outstanding Principal | $59,100.05 |
| This is not the amount to pay off your loan | |
| Interest Rate | 3.375% |
| Prepayment Penalty | No |
| Escrow Balance | -$1,769.98 |

### Past Payment Breakdown

| | Paid Since 4/7/2022 | Paid Year to Date |
|---|---|---|
| Principal | $93.62 | $372.90 |
| Interest | $166.48 | $667.50 |
| Escrow (Taxes and Insurance) | $441.39 | $1,491.70 |
| Fees | $605.88 | $2,423.52 |
| Partial Payment (Unapplied) | -$120.37 | -$207.62 |
| **Total** | **$1,187.00** | **$4,748.00** |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

### Explanation of Amount Due (Post-Petition Payment)

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 3/1/2022 | $93.88 | $166.22 | $441.39 | $0.00 | $701.49 |
| 4/1/2022 - 5/1/2022 | $188.56 | $331.64 | $882.78 | $0.00 | $1,402.98 |
| 6/1/2022 | $94.68 | $165.42 | $441.39 | $0.00 | $701.49 |
| Total Payments Due | | | | | $2,805.96 |
| Total Fees and Charges | | | | | $3,310.00 |
| Total Amount Due | | | | | $6,115.96 |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

### Important Messages

Affected by COVID-19? Visit https://www.snsc.com/Covid-19.aspx to see how SNSC can help.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.
**We have not received all of your mortgage payments due since you filed for bankruptcy.**
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
**Partial Payments**: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

**Housing Counselor Information**: If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | | |
|---|---|---|
| Paid on or after 4/7/2022 | $605.88 | This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. |
| Total Paid During Bankruptcy | $19,089.04 | |
| Current Balance | $19,258.84 | |

### Other Balances

| Description | Balance |
|---|---|
| Arrearage Escrow | $6,727.65 |
| Arrearage Interest | $5,630.84 |
| Arrearage Other | $44.34 |
| Arrearage Principal | $2,925.86 |

### Transaction Activity (4/7/2022 to 5/4/2022)

| Date | Description | Charges | Escrow | Payments |
|---|---|---|---|---|
| 4/13/2022 | Unapplied Payment | | | $581.12 |
| 4/13/2022 | Prepetition Unapplied Payment | | | $605.88 |
| 4/13/2022 | Prepetition Unapplied Payment Reversal | | | -$605.88 |



**Continued on next page**

6/28/22, 9:17 AM                    (130 unread) - blwade_1013@yahoo.com - Yahoo Mail              **EXHIBIT 3**

