Fill in this information to identify the case:

Debtor 1: Brenda Lee Wade-Lester

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of FL (State)

Case Number: 19-17977-SMG

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claims secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST

**Court claim no. (if known):** 5

**Last four digits** of any number you use to identify the debtor's account: 9450

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees, includes payment history/410A. | 11/01/2019 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Response to Objection to Claim, specifically Review Objection to Claim filed by the Debtor; Communicate with Creditor to discuss the Objection, the potential liability on the part of the Creditor, and our suggested strategy for proceeding in regards to the Objection; Prepare Response to Objection and file with Court; Continued communication with counsel for the Debtor in an effort to resolve the Objection; Review notice of hearing on the Objection and prepare for attendance at hearing; Attend one (1) preliminary haering in regards to Objection and notify Creditor of result of the hearing. | 04/08/2020 | (11) $ 1,375.00 |
| 12. Other. Specify: Response to Amended Objection to Claim, specifically Review Objection to Claim; review the Proof of Claim and explain Debtor's objection to same and our recommendation. Telephone calls and emails with Creditor in reference to the Objection to Claim and draft appropriate Response.Attendance at one (1) preliminary hearing on Objection to Claim filed by Debtor. Draft/review appropriate Order and update Creditor with results and strategy going forward. | 04/15/2020 | (12) $ 825.00 |
| 13. Other. Specify: | | (13) $ |

Official Form 410S2      **Notice of Postpetition mortgage Fees, Expenses, and Charges**      Page 1

| 14. Other. Specify: | (14) $ |
|---|---|

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Brenda Lee Wade-Lester     Case number (if known) 19-17977-SMG

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

I declare under penalty of perjury that the information provided in this claim is true and correct and to the best of my knowledge, information, and reasonable belief and is specifically based upon the Creditor's pre-filing verification and approval of the content of this notice of post-petition fees.

/s/ Jessica Hicks        Date   April 15, 2020
Signature

Print:   Jessica Hicks        Title   Attorney

Company   Kass Shuler, P.A.

1505 N. Florida Ave.
Tampa, FL  33602-2613

Contact phone   (813) 229-0900    Email   jhicks@kasslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on April 15, 2020, by U.S. Mail and/or electronic mail via CM/ECF to: Brenda Lee Wade-Lester , 3519 NW 32 Street, Lauderdale Lakes, FL 33309; Robin R. Weiner, Trustee P.O. Box 559007, Ft. Lauderdale, FL 33355; Office of the United States Trustee  51 Southwest First Avenue, Suite 1204, Miami, FL 33130.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1911506/mlh